IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHARLOTTE A. STRICKLAND                                                       PLAINTIFF

V.                                            NO. 09-1028

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration                                DEFENDANT

## J U D G M E N T

      For reasons stated in the memorandum opinion of this date, the court hereby reverses the decision of the ALJ and remands this case to the Commissioner for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal..**

      IT IS SO ORDERED AND ADJUDGED this 16th day of April, 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE